**Motion to dismiss without prejudice pursuant to FRCP 41(a)(2) is granted.
IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
2/23/2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MIKA O'TOOLE, Independent Administrator of the Estate of TYLER JAMES O'TOOLE, via the Circuit Court County Illinois, Probate Division, Deceased Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | CASE NUMBER: 1:23-cv-00307 JUDGE: DAVID A. RUIZ |

**ORDER REGARDING MOTION TO DISMISS COMPLAINT WITHOUT PRJEUDICE AND WITHOUT EFFECT ON THE "DOUBLE DISMISSAL RULE" PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

Now comes Plaintiff, by and through undersigned counsel, and herby files this Motion to Dismiss her Complaint without prejudice and without effect on the "Double Dismissal Rule," pursuant to Federal Rule of Civil Procedure 41(a)(2).

Plaintiff Mika O'Toole filed a Complaint for monetary damages pursuant to the Federal Tort Claims Act on September 22, 2022, on behalf of herself and the Estate of her late son Tyler O'Toole in case number 1:22-cv-01704 (hereinafter "the first case"). *See Court docket in case number 1:22-cv-0174*. She was properly appointed the Administrator of the Estate of Tyler on July 27, 2021, in Cuyahoga County, Ohio. Said Complaint asserted various claims against the Government for the tragic and untimely death of her late son Tyler while in their custody. The Government did not answer the Complaint in the first case nor file a motion under Rule 12(b), (e), or (f). The Government, however, filed a motion to transfer venue of the Complaint in the first case pursuant to 28 U.S.C.